IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH GROS-VENTRE,

    Plaintiff,

v.                                                    Civ. No. 17-1089 KG/GBW

R.C. SMITH and
ATTORNEY GENERAL OF
THE STATE OF NEW MEXICO,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its final judgment finally disposing of this case.

IT IS THEREFORE ORDERED that Joseph Gros-Ventre's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus, filed November 2, 2017 (Doc. 1), is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE