IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


JOSEPH GROS-VENTRE,

     Plaintiff,

v.                                         Civ. No. 17-1089 KG/GBW

R.C. SMITH and
ATTORNEY GENERAL OF
THE STATE OF NEW MEXICO,

     Defendants.


## FINAL JUDGMENT

     Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

     IT IS ORDERED, ADJUDGED, AND DECREED Joseph Gros-Ventre's Petition Under 28 U.S.C. § 2254 (Doc. 1) is dismissed with prejudice.


_____
UNITED STATES DISTRICT JUDGE